**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATTI DONLON, etc., et al.,

        Plaintiffs,

   v.

A, C & S INC., et al.,

        Defendants.
                                /

No. C 11-3376 SI

**RECUSAL ORDER**

      I hereby recuse myself in the above entitled matters and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated: July 26, 2011

                                                      SUSAN ILLSTON
                                                United States District Judge