IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI DONLON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AC AND S, INC. et al.,<br><br>    Defendants.<br>_____ / | No. C 11-03376 JSW<br><br>**ORDER DIRECTING PARTIES TO FILE A STATUS REPORT** |

     Defendant The Boeing Company filed a Notice of Tag Along indicating that the above captioned matter is a potential tag-along action to a pending Multi-District Litigation ("MDL") matter. Boeing further filed a Notice of Pendency of Other Action in which it requests this Court to transfer this matter to the United States District Court for the Eastern District of Pennsylvania, for inclusion in the *In re Asbestos Products Liability Litigation*, MDL-875. It is not clear whether Boeing, or any other party, has filed, or intends to file, a motion to transfer before the MDL panel. Therefore, the Court orders the parties to file a joint report by no later than August 18, 2011 advising the Court whether any party has filed or intends to file a motion to transfer this case before the MDL panel. If a motion to transfer has been filed, the parties should advise the Court regarding the status of that motion.

///

///

///

///

1 To the extent any party seeks to have this Court transfer the matter to the Eastern
2 District of Pennsylvania, they should file a properly noticed motion.
3 **IT IS SO ORDERED.**

Dated: August 8, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE