**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 25, 2014**　　　　　　　　　　　　　　Time:  16 minutes

**C-11-03376 CRB**

 **DONLON**  v.  **AC AND S, INC.**

Attorneys:　　 Steven Harovitz 　　　　　　　　 Kathryn LaFevers, Deborah Smith 

　　　　　　　　　　　　　　　　　　　　　　　 Lance Wilson, John Son 

Deputy Clerk:  Barbara Espinoza 　　　　Reporter:  **Rhonda Aquilina** 

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　　　　**RULING:**

1.  Motion for Summary Judgment 　　　　　　　　　　　　　 Denied 

2. ___

3. ___

**ORDERED AFTER HEARING:**

 Motion for reconsideration is granted - motion(s) for summary judgment are denied. 

(X) ORDER TO BE PREPARED BY:   Court   XX 

(  ) Referred to Magistrate Judge for: ___

(  ) CASE CONTINUED TO ___　　　　　　for ___

Discovery Cut-Off ___　　　　　Expert Discovery Cut-Off ___
Plntf to Name Experts by ___　　Deft to Name Experts by ___
P/T Conference Date ___　　Trial Date ___　Set for ___ days
　　　　　　　　　　　Type of Trial:  (  )Jury    (  )Court

Notes: ___