**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI DONLON, ET AL., | No. C11-03376 CRB |
| Plaintiffs, | **ORDER GRANTING RECONSIDERATION AND DENYING SUMMARY JUDGMENT** |
| v. | |
| AC AND S, INC., ET AL., | |
| Defendants. | |

For the reasons stated in open court, the Court GRANTS Plaintiffs' Motion for Reconsideration of Judge Robreno's March 26, 3013 Order, which granted summary judgment to Defendants on the basis of the sophisticated intermediary defense, and DENIES summary judgment.

**IT IS SO ORDERED.**

Dated: July 28, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE