UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI DONLON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASBESTOS CORPORATION, LTD., et al.,<br><br>    Defendants. | Case No. 11-cv-03376-CRB   (JSC)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCES** |

The settlement conference scheduled for October 29, 2014 will be attorneys only.  A further settlement conference at which clients must attend is scheduled for December 2, 2014, if needed.  Any request for clarification of the summary judgment order must be filed by October 13, 2014.

**IT IS SO ORDERED**.

Dated:  October 6, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge