

FILED

UNITED STATES COURT OF APPEALS

MAR 17 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: UNITED TECHNOLOGIES CORPORATION and CURTISS-WRIGHT CORPORATION. | No. 14-73529<br><br>D.C. No. 3:11-cv-03376-CRB<br>Northern District of California,<br>San Francisco |
| UNITED TECHNOLOGIES CORPORATION and CURTISS-WRIGHT CORPORATION,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>Respondent,<br><br>PATTI DONLON, individually and as Successor-in-interest to the Estate of Patrick Theisen Donlon, Decedent, and SEAN DONLON,<br><br>Real Parties in Interest. | ORDER |

Petitioners' March 17, 2015 letter is construed as a motion to withdraw the petition. So construed, the motion is granted. The petition is withdrawn.

SM/MOATT

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Stephanie McMahon
Motions Attorney/Deputy Clerk