DEBORAH A. SMITH (SBN: 227169)
dasmith@gordonrees.com
KATHRYN J. LAFEVERS (SBN: 252003)
klafevers@gordonrees.com
GORDON & REES LLP
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

**Attorneys for Defendant**
CURTISS-WRIGHT CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATTI DONLON, Individually and as Successor-in-Interest to the Estate of PATRICK THEISEN DONLON, Decedent,; SEAN DONLON; and DOES ONE through TEN inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>AC AND S, INC., et al.,<br><br>Defendants. | Case No.: 3:11-CV-03376-CRB<br><br>STIPULATION AND ORDER TO DISMISS COMPLAINT AS TO DEFENDANT CURTISS-WRIGHT CORPORATION WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendant CURTISS-WRIGHT CORPORATION that the Complaint of Plaintiffs Patti Donlon, et al., bearing the Civil Action Case No. 3:11-cv-03376-CRB, may be and is hereby dismissed with prejudice as to defendant CURTISS-WRIGHT CORPORATION only. The parties to this

1 | stipulation shall each bear their own costs.

3 | Dated: March 23, 2015

SARAH E. GILSON (State Bar No. 260263
Gilson@htlawoffices.com
HAROWITZ & TIGERMAN
100 First Street, 25th Floor
San Francisco, CA 94105
(415) 788-1588 (P)
(415) 788-1598 (F)
Attorneys for plaintiffs PATTI DONLON, et al.

11 | Dated: March 23, 2015          GORDON & REES LLP

DEBORAH A. SMITH (SBN: 227169)
dasmith@gordonrees.com
GORDON & REES LLP
1111 Broadway, Suite 1700
Oakland, CA 94607
(510) 463-8600 (P)
(510) 463-8569 (F)
Attorneys for defendant
CURTISS-WRIGHT CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT CURTISS-WRIGHT CORPORATION IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS

Dated: March 27, 2015

IT IS SO ORDERED
Judge Charles R. Breyer

HONORABLE ___ BREYER
JUDGE OF ___ UNITED STATES DISTRICT COURT

2
STIPULATION AND ORDER TO DISMISS COMPLAINT AS TO DEFENDANT CURTISS-WRIGHT CORPORATION WITH PREJUDICE

Gordon & Rees LLP
1111 Broadway, Suite 1700
Oakland, CA 94607