STEVEN M. HAROWITZ (State Bar No. 71117)
Email:   harowitz@htlawoffices.com
STEPHEN M. TIGERMAN (State Bar No. 112127)
Email:   tigerman@htlawoffices.com
LISA BROKAW (State Bar No. 247422)
Email:   brokaw@htlawoffices.com
SARAH E. GILSON (State Bar No. 260263)
Email:   gilson@htlawoffices.com
**HAROWITZ & TIGERMAN, LLP**
100 First Street, 25th Floor
San Francisco, California 94105
Telephone:     (415) 788-1588
Facsimile:       (415) 788-1598
Attorneys for Plaintiffs,
Patti Donlon and Sean Donlon

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATTI DONLON, Individually and as Succcesor-in-Interest to the Estate of PATRICK THEISEN DONLON, Decedent; SEAN DONLON; and DOES ONE through TEN, inclusive,<br><br>             Plaintiffs,<br><br>     vs.<br><br>AC AND S, INC., et al.,<br><br>             Defendants. | Case No.:  CV 3:11-03376-CRB (JSC)<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT AS TO DEFENDANT ASBESTOS CORPORATION, LIMITED WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendant ASBESTOS CORPORATION, LIMITED that the Complaint of Plaintiffs Patti Donlon, et al., bearing the Civil Action Case No. 3:11-CV-03376-CRB, may be and is hereby dismissed with prejudice as to defendant ASBESTOS CORPORATION, LIMITED only. The parties to this stipulation shall each bear their own costs.

Dated:_____, 2016

                    HAROWITZ & TIGERMAN, LLP

                    By: _____
                         STEVEN M. HAROWITZ
                         STEPHEN M. TIGERMAN
                         SARAH E. GILSON
                         LISA BROKAW
                         Attorneys for plaintiffs
                         PATTI DONLON, Individually and as Successor-in-Interest to
                         the Estate of PATRICK THEISEN DONLON, Decedent; SEAN
                         DONLON

Dated:_____, 2016

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

                    By:_____
                         MARY ELLEN GAMBINO
                         ROBERT G. ENGEL
                         Attorneys for defendant
                         ASBESTOS CORPORATION, LIMITED

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT ASBESTOS CORPORATION, LIMITED IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

**IT IS SO ORDERED.**


Dated: July 19, 2016

_____
HONORABLE CHARLES R. BREYER,
JUDGE OF THE UNITED STATES DISTRICT COURT